■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD OSINOIKI, Appellant. [614 NYS2d 260] —Application by the appellant for: (1) a writ of error coram nobis to vacate a decision and order of this Court dated April 20, 1992 *(People v Osinoiki,* 182 AD2d 781), affirming a judgment of the Supreme

Court, Kings County, rendered April 4, 1989, on the ground of ineffective assistance of appellate counsel; (2) reargument of the appeal from the judgment dated April 4, 1989, and assignment of counsel to prosecute reargument; (3) an order directing the disclosure of the Grand Jury minutes in connection with Indictment No. 2052/87; and (4) other related relief.

Ordered that the branch of the application which was for a writ of error coram nobis is denied on the ground that the defendant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745); and it is further,

Ordered that the remaining portions of the defendant's application are denied in all respects. Bracken, J. P., Sullivan, Lawrence and Ritter, JJ., concur.